VIA FAX

1   Timothy J. Silverman, Esq. [SBN 145264]
    SOLOMON, GRINDLE, SILVERMAN & SPINELLA,
2   A Professional Corporation
    12651 High Bluff Drive, Suite 300
3   San Diego, CA 92130
    Telephone: (858) 793-8500
4   Facsimile: (858) 793-8263

5   Attorneys for Defendant,
    CHASE BANK USA NATIONAL ASSOCIATION

6

7

8                 UNITED STATE DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  MARIA Y. VILLASENOR, individually and   )   Case No: '08 CV 1152 LAB BLM
    as Successor in Interest of MARCO A.    )
12  VILLASENOR, deceased,                   )
                                            )
13                    Plaintiff,            )   NOTICE OF REMOVAL
                                            )
14  -vs-                                    )
                                            )
15                                          )   [28 U.S.C. §1446]
    CHASE BANK USA NATIONAL                 )
16  ASSOCIATION, a corporation, which also  )
    does business as Chase and Chase Mastercard )
17  and Chase Advantage, and DOES 1 through )
    10, inclusive;                          )
18                                          )
                      Defendants.           )
19                                          )
    _____)

20

21       Defendant CHASE BANK USA NATIONAL ASSOCIATION, a corporation, which also does

22  business as Chase and Chase Mastercard and Chase Advantage ("Defendant") respectfully submits its

23  Notice of Removal of the action filed in the Superior Court of the State of California for the County of

24  San Diego, Case No. 37-2008-00084503-CU-CO-CTL, to the United States District Court for the

25  Southern District of California, pursuant to 28 U.S.C. §1446.

26  ///

27  ///

28  ///

                                    1
                            Notice of Removal

1    Pursuant to 28 U.S.C. §1332(a)(1), the Defendant is entitled to remove the state court action

2  because Plaintiff (citizen of California) and Defendant (citizen of Delaware) have diversity of citizenship

3  and the amount in controversy on the face of the complaint exceeds $75,000.

4    A true and correct copy of the complaint is attached hereto as Exhibit "1" and is incorporated

5  herein by reference.

6  Dated:   May 22, 2008                                    Respectfully submitted,

7                                                            SOLOMON, GRINDLE, SILVERMAN &
                                                            SPINELLA, APC
8

9                                                            By:_____

10                                                               TIMOTHY J. SILVERMAN, ESQ.
                                                            Attorneys for Plaintiff, CHASE BANK USA
                                                            NATIONAL ASSOCIATION
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process
Transmittal**
05/28/2008
CT Log Number 513468932

TO:    Carl Del Vecchio
       JPMorgan Chase Bank, N.A.
       1 Chase Manhattan Plaza - 20th Floor, Legal Department
       New York, NY 10081-

RE:    **Process Served in California**

FOR:   Chase Bank USA NA (Domestic State: N/A)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Maria Y. Villasenor, individually and as Successor in Interest of Marco A. Villasenor, deceased, Pltf. vs. Chase Bank USA National Association, etc., et al., Dfts. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Letter, Notice and Acknowledgment of Receipt, Summons, Complaint, Declaration, Certificate, Notice, Stipulation Form, Notice, Cover Sheet |
| **COURT/AGENCY:** | Superior Court, County of San Diego, CA Case # 37200800084503CUCTL |
| **NATURE OF ACTION:** | Breach of Contract - Failure to pay the monthly life insurance premium |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 05/28/2008 postmarked: "Not Post Marked" |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days from date of mailing dated May 23, 2008 - Complete acknowledgment form and return // Within 30 days after service - file an answer |
| **ATTORNEY(S) / SENDER(S):** | Sergio Feria Attorney at Law 225 Broadway, Suite 1720 San Diego, CA 92101 619-234-8787 |
| **REMARKS:** | Service was made by mail under Section 415.30 of the California Code of Civil Procedure. Enclosed is a Notice and Acknowledgment of Receipt of Summons and Complaint for your consideration. Please be aware that C T Corporation does not sign on behalf of your company. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/28/2008, Expected Purge Date: 06/02/2008 Image SOP - Page(s): 20 Email Notification, Legal Papers Served legal.papers.served@jpmchase.com CC Recipient(s) Teresa Goldberg, via Customer Pick-up |
| **SIGNED:** | C T Corporation System |
| **PER:** | Nancy Flores |
| **ADDRESS:** | 818 West Seventh Street Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Page 1 of 1 / BF

Information displayed on this transmittal is for C T Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**EXHIBIT A**

LAW OFFICES OF

**SERGIO FERIA**

A PROFESSIONAL CORPORATION

225 BROADWAY, SUITE 1720

SAN DIEGO, CALIFORNIA 92101

TELEPHONE (619) 234-8787

FACSIMILE (619) 234-8509

sergioferia@ferialaw.net

May 23, 2008

CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Re:   Maria Y. Villaseñor v. Chase Bank USA National Association, et al
       SDSC Case Number : 37-2008-00084503-CU-CO-CTL

Dear Sir or Madame:

You have been identified as the agent for service of process for Chase Bank USA National
Association.

Enclosed with this letter you will find the following documents:

1.      Summons
2.      Complaint for Damages (Breach of Contract and Negligence
3.      Declaration of Maria Y. Villaseñor to Commence Action as Successor in Interest of
        Marco A. Villaseñor
4.      Notice of Case Assignment
5.      Stipulation to Alternative Dispute Resolution Process
6.      Notice to Litigants/ADR Information Package
7.      Civil Case Cover Sheet
8.      Notice and Acknowledgment of Receipt

Please execute the Notice and Acknowledgment of Receipt and promptly return this document to
my office in the enclosed self addressed stamped envelope.

If you have any comments or questions, feel free to contact the undersigned.

Very truly yours,

Sergio Feria
SF/la
Enclosures

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Sergio Feria, Esq.<br>Law Offices of Sergio Feria (SBN: 105704)<br>225 Broadway<br>Suite 1720<br>San Diego, CA 92101<br>TELEPHONE NO· (619) 234-8787   FAX NO. *(Optional):*   (619) 234-8509<br>E-MAIL ADDRESS *(Optional):* sergioferia@ferialaw.net<br>ATTORNEY FOR *(Name):* Plaintiff, Maria Y. Villasenor | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
STREET ADDRESS. 330 West Broadway
MAILING ADDRESS· (Same)
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Hall of Justice

PLAINTIFF/PETITIONER: Maria Y. Villasenor, individually and as Successor in Interest of Marco A. Villasenor, deceased

DEFENDANT/RESPONDENT: Chase Bank USA National Association, a corporation, which also does business as Chase and Chase Mastercard and Chase Advantage

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>37-2008-00084503-CU-CTL |
|---|---|

TO *(insert name of party being served):*   __Chase Bank USA National Association__

---

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

---

Date of mailing: May 23, 2008

Sergio Feria, Esq.                              ▶  _____
(TYPE OR PRINT NAME)                               (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*
1. [X] A copy of the summons and of the complaint.
2. [X] Other: *(specify):* Declaration of Maria Y. Villaseñor to Commence Action as Successor in Interest of Marco A. Villaseñor; Notice of Case Assignment; Stipulation to Alternative Dispute Resolution Process; Notice to Litigants/ADR Information Package; Civil Case Cover Sheet

*(To be completed by recipient):*
Date this form is signed:

                                            ▶
_____              _____
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,      (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF
ON WHOSE BEHALF THIS FORM IS SIGNED)              ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Page 1 of 1<br>Code of Civil Procedure,<br>§§ 415.30, 417.10 |


Legal Solutions Plus

## SUMMONS
### (CITACIÓN JUDICIAL)

**SUM-100**

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**

CHASE BANK USA NATIONAL ASSOCIATION, a corporation,
which also does business as Chase and Chase
Mastercard and Chase Advantage, and DOES 1 through
10, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

MARIA Y. VILLASENOR, individually and as Successor in
Interest of MARCO A. VILLASENOR, deceased

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.  A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
(El nombre y dirección de la corte es):
Superior Court of California
330 West Broadway
(Same)
San Diego, CA 92101
Hall of Justice

**CASE NUMBER:**
**(Número del Caso):**
37-2008-00084503-CU-CO-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Sergio Feria, Esq.                    (619) 234-8787
Law Offices of Sergio Feria (SBN: 105704)
225 Broadway, Ste. 1720
San Diego, CA 92101

DATE:  MAY 2 3 2008        Clerk, by  T Hart          , Deputy
(Fecha)                    (Secretario)               (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):

3. ☐ on behalf of (specify):

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☐ by personal delivery on (date):

[SEAL]

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Page 1 of 1


Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 465

SERGIO FERIA    SBN 105704
Attorney at Law
225 Broadway, Suite 1720
San Diego, California  92101
619.234.8787 Telephone
619.234.8509 Facsimile

Attorneys for Plaintiffs

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| MARIA Y. VILLASENOR, individually and as Successor in Interest of MARCO A. VILLASENOR, deceased<br><br>Plaintiffs.<br><br>vs.<br><br>CHASE BANK USA NATIONAL ASSOCIATION, a corporation,  which also does business as Chase and Chase Mastercard and Chase Advantage, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>COMPLAINT FOR DAMAGES<br><br>1)  BREACH OF CONTRACT<br><br>2)  NEGLIGENCE<br><br>UNLIMITED CIVIL |

## THE PARTIES

1.  Plaintiff Maria Y. Villasenor  (hereinafter referred to as "plaintiff") at all times herein mentioned was and is a resident of the County of San Diego, State of California.  Plaintiff is the surviving spouse and heir of decedent Marco A. Villasenor (hereinafter referred to as "decedent") who died on June 17, 2007.  Plaintiff, the surviving spouse, would be entitled to the property of the

1

1 decedent under the laws of intestate succession. Persons of this degree of kinship would be entitled

2 to the property of the decedent by intestate succession pursuant to the provisions of California

3 Probate Code section 6402 (b). Plaintiff is decedent's successor in interest pursuant to California

4 Code of Civil Procedure section 377.32.

5

6 2. Defendant Chase Bank USA National Association, who also does business as Chase and Chase

7 Mastercard and Chase Advantage (hereinafter referred to as "defendant") is a corporation, having

8 its principal place of business in the State of New York, and is authorized to do business by virtue of

9 the laws of the State of California and regularly conducts substantial business in the State of

10 California, County of San Diego.

11 3. Venue is proper in this Court pursuant to California Code of Civil Procedure section 395

12 because the defendant has banks, regularly conducts business, issues credit cards, makes loans,

13 enters into contracts, and entered into an oral agreement with the plaintiff and the decedent Marco

14 A. Villasenor in the State of California, County of San Diego. The oral agreement was to be

15 performed by the defendant, the plaintiff, and the decedent in San Diego County and was

16 performed until it was breached by the defendant as specifically alleged in this complaint.

17

18 4. Plaintiff is ignorant of the true names and capacities of defendants Does 1-10, inclusive, and

19 therefore sues said defendants by such fictitious names. Plaintiff will amend this complaint to

20 allege their true names and capacities when ascertained. Each defendant is the agent of the other or

21 is an affiliated subsidiary or parent company of each of the defendants. Plaintiffs allege that each of

22 defendants named as a Doe was in some manner responsible for the acts and omissions alleged

23 herein, and plaintiff will ask leave to amend this complaint to allege such name, capacity and

24 responsibility when that information is ascertained. Plaintiff further alleges that the defendants, and

25

26

27

Complaint For Damages

2

1 | each of them, at all times herein mentioned were acting in the course and scope of their employment

2 | with each of the defendants.

3

4

5

6 | **FIRST CAUSE OF ACTION FOR BREACH OF ORAL CONTRACT**
**(Against All Defendants)**

7

8 | 5.Plaintiffs reallege and incorporate herein by reference the allegations of paragraphs 1 through 4,

9 | inclusive, as though fully set forth herein.

10

11 | 6. Decedent Marco A. Villasenor and plaintiff were long time clients of defendants, and each of

12 | them, and regularly used defendants Chase Mastercard credit card for purchases. Prior to April

13 | 2004, decedent Marco A. Villasenor agreed with defendants, and each of them, that defendants

14 | could electronically or otherwise transfer from the plaintiffs and decedents checking account at

15 | California Bank and Trust any amount of money that was necessary or sufficient to make all

16 | minimum payments required to be made by plaintiff and decedent on their Chase Mastercard

17 | account, including the timely monthly payment of the life insurance premium to The Hartford Life

18 | Insurance Company.   These money transfers were to be applied as payments to plaintiffs and

19 | 

20 | decedents Chase Mastercard credit card account in order to keep the Chase Mastercard credit card

21 | account current and the life insurance policy in force for the benefit of each of the defendants and

22 | the plaintiff and decedent.   In 2007, the life insurance monthly premium was $22.67.  Plaintiff

23 | Maria Y. Villasenor was and is the beneficiary of the Hartford Life Insurance Policy.  The life

24 | insurance policy insured the life of decedent Marco A. Villasenor.  The face value of the life

25 | insurance policy was the sum of $100,000.00.  This agreement was entered into with the express

26 | and/or incidental intent and desire to benefit Maria Y. Villasenor, the wife of the decedent Marco

27 | 

3

Complaint For Damages

1   A. Villasenor  and the express beneficiary of the life insurance policy.   By this agreement,

2   defendants, and each of them, were assured of receiving monthly payments from plaintiff and

3   decedent directly from plaintiffs and decedents bank account.

4   7. From at least April 2004, the above agreement was performed by both plaintiff and defendants,

5   and each of them on a monthly basis.  Plaintiff and decedent have performed  and fulfilled all of

6   their obligations and satisfied all conditions under the agreement.  Beginning April, 2007

7

8   defendants, and each of them, breached their agreement to pay, via plaintiff and decedents Chase

9   Mastercard,  the life insurance premium by failing to pay and or forward the $22.67 monthly life

10  insurance premium to The Hartford Insurance Company.  However, defendant continued to charge

11  plaintiff and decedent a monthly late fee of $39.00.  Defendants never notified plaintiff or decedent

12  of the fact that defendants had failed to pay the monthly life insurance premiums.  Plaintiff and

13  decedent believed that the life insurance premium had been paid by the automatic payment of the

14  premium via the Chase Mastercard credit card as had been done for many years. As a result of

15  defendants breach, and without notice to the plaintiff or the decedent, the $100,000.00 life insurance

16

17  policy lapsed.

18  8.  On June 17, 2007, Marco A. Villasenor was killed in a traffic accident.  Plaintiff Maria Y.

19  Villasenor, the surviving spouse and beneficiary of the Hartford Life insurance policy, filed her

20  claim for death benefits with Hartford Life.  On August 2, 2007 Hartford Life Insurance Company

21  denied plaintiff her $100,000.00 death benefits claiming the policy had lapsed for non payment of

22  premiums, further stating that the premium for April 2007 was rejected by the bank (Chase) as "do

23  not honor" and was  not paid, resulting in a cancellation effective May 1, 2007.

24

25

26

27

Complaint For Damages

4

9. As a result of defendants breach in failing to pay the monthly life insurance premium as agreed, plaintiff has been damaged in the sum of $100,000.00, the face value of The Hartford life insurance policy.

## SECOND CAUSE OF ACTION FOR NEGLIGENCE
### (Against All Defendants)

10. Plaintiffs reallege and incorporate herein by reference the allegations of paragraphs 1 through 9, inclusive, as though fully set forth herein.

11. On or about April 2004 and continuing through 2007, defendants and each of them owed a duty of care to plaintiff's to pay the monthly life insurance premium directly to The Hartford Life Insurance Company through the plaintiffs and decedents Chase Mastercard. Defendants, and each of them, breached their duty of care by failing to pay the monthly life insurance premiums beginning in April 2007, as alleged in this complaint, causing the policy to lapse.

12. As a direct, legal and proximate cause of the breach of their duty of care, by defendants, and each of them, has caused the plaintiff to suffer losses, harm, emotional distress, and other losses including the loss of the $100,000.00 life insurance benefit on the life of decedent spouse Marco A. Villasenor, who died on June 17, 2007, from The Hartford Life Insurance Company.

## PRAYER

Wherefore, Plaintiffs pray for judgment against defendants, and each of them, Does 1 through 10 jointly and severally, as follows:

1. For general damages in the amount of $100,000.00, the value of the life insurance policy, with interest at the legal rate from the date of denial of the life insurance benefits;

2.    For special damages in an amount to be proven at the time of trial together with interest at the maximum legally permissible rate.

3.    For attorney's fees and costs incurred.

4.    For such other and further relief as the court deems proper.

DATED:    5-23-08

SERGIO FERIA
Attorney for Plaintiffs

Complaint For Damages

6

1 | SERGIO FERIA     SBN 105704
2 | Attorney at Law
225 Broadway, Suite 1720
3 | San Diego, California  92101
619.234.8787 Telephone
4 | 619.234.8509 Facsimile

5 |

6 | Attorneys for Plaintiffs

7 |

8 | SUPERIOR COURT FOR THE STATE OF CALIFORNIA

9 | FOR THE COUNTY OF SAN DIEGO

10 | MARIA Y. VILLASENOR, individually and
11 | as Successor in Interest of MARCO A.
VILLASENOR, deceased
12 |
                        Plaintiffs.
13 |
14 |                    vs.
15 | CHASE BANK USA NATIONAL
ASSOCIATION, a corporation,  which also
16 | does business as Chase and Chase Mastercard
and Chase Advantage, and DOES 1 through
17 | 10, inclusive,
18 |
19 |                    Defendants.
20 |

Case No:     37-2008-00084503-CU-CO-CTL

**DECLARATION OF MARIA Y. VILLASENOR TO COMMENCE ACTION AS SUCCESSOR IN INTEREST OF MARCO A. VILLASENOR**

**[CCP § 377.32]**

21 |
22 |
23 | **I, MARIA Y. VILLASENOR, declare:**

24 |     1. I am the successor in interest of Marco A. Villasenor, deceased.  All matters set forth

25 | in this declaration are true of my personal knowledge.

    2. The decedent's name is Marco A. Villasenor.  Marco A. Villasenor died on June 17,

                                                                                          1

2007, in San Diego, California. I am his surviving wife.

    3.  A certified copy of the decedent's death certificate is attached hereto as Exhibit 1 and incorporated by reference.

    4.  No proceeding is now pending in California for administration of the decedent's estate.

    5.  I am the decedent's successor in interest, as defined in section 377.11 of the California Code of Civil Procedure, and succeed to the decedent's interest in the action in that I am a beneficiary of the deceased's estate.

    6.  No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

    *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

DATED:  5-23-08

_____
MARIA V. VILLASENOR

CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO

CERTIFICATE OF DEATH

3200737009364

| MARCO | ANTONIO | VILLASENOR |
|---|---|---|

| CA | 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 | MARRIED | WHITE |

**14. USUAL OCCUPATION** TRUCK DRIVER
**15. KIND OF BUSINESS OR INDUSTRY** TRUCKING COMPANY
**16. YEARS IN OCCUPATION** 4

**DATE OF BIRTH** 01/13/1970 **AGE** 37 **DATE OF DEATH** 08/17/2007 **HOUR** 0053 **SEX** M

**RESIDENCE** 25275 POTRERO VALLEY RD SP 229
**CITY** POTRERO **COUNTY/PROVINCE** SAN DIEGO **ZIP** 91963 **YEARS IN COUNTY** 8 **STATE/FOREIGN COUNTRY** CA

**INFORMANT'S NAME, RELATIONSHIP** MARIA Y VILLASENOR, WIFE
**INFORMANT'S MAILING ADDRESS** 25275 POTRERO VALLEY RD SP 229, POTRERO, CA 91963

| MARIA | YOLANDA | CABADA |
|---|---|---|

**NAME OF FATHER** LUIS **LAST** VILLASENOR **BIRTH STATE** MX
**NAME OF MOTHER** CELIA **LAST** MEDINA **BIRTH STATE** MX

**DISPOSITION DATE** 06/19/2007 **PLACE OF FINAL DISPOSITION** PANTEON MUNICIPAL TECATE B C, MX

**TYPE OF DISPOSITION** TR/BU **SIGNATURE OF EMBALMER** JOHN Q. RODRIGUEZ **LICENSE NUMBER** 6536

**NAME OF FUNERAL ESTABLISHMENT** FUNERARIA AZTLAN MORTUARY SVC **FD1658** **WILMA WOOTEN, MD** 06/19/2007

**PLACE OF DEATH** PALOMAR MEDICAL CENTER
**CITY** SAN DIEGO **655 E. VALLEY PARKWAY** ESCONDIDO

**CAUSE OF DEATH** BLUNT FORCE INJURIES OF CHEST AND ABDOMEN **RAPID** 0701360

**OTHER SIGNIFICANT CONDITIONS** NONE

**INJURY DATE** 06/16/2007 **HOUR** 2255

**PLACE OF INJURY** ROADWAY (INTERSECTION)

**DESCRIBE HOW INJURY OCCURRED** DRIVER, PRIVATE PASSENGER VEHICLE, LEFT ROADWAY, STRUCK POLE

**LOCATION OF INJURY** SR 94 AT POTRERO VALLEY ROAD, POTRERO, CA 91963

**SIGNATURE OF CORONER / DEPUTY CORONER** CHRISTOPHER SWALWELL **DATE** 08/19/2007 **TYPE NAME, TITLE OF CORONER / DEPUTY CORONER** CHRISTOPHER SWALWELL MD, DME



* A01771804 *

County of San Diego - Department of Health Services - 3851 Rosecrans Street. This is to certify that, if bearing the OFFICIAL SEAL OF THE STATE OF CALIFORNIA, the OFFICIAL SEAL OF SAN DIEGO COUNTY AND THEIR DEPARTMENT OF HEALTH SERVICES EMBOSSED SEAL, this is a true copy of the ORIGINAL DOCUMENT FILED. Required fee paid.

DATE ISSUED: June 26, 2008

*Wilma J. Wooten, M.D.*
WILMA J. WOOTEN, M.D.
REGISTRAR OF VITAL RECORDS
County of San Diego

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar



SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS:     330 West Broadway
MAILING ADDRESS:    330 West Broadway
CITY AND ZIP CODE:  San Diego, CA 92101
BRANCH NAME:        Central
TELEPHONE NUMBER:   (619) 685-6025

PLAINTIFF(S) / PETITIONER(S):    Maria Y Villasenor

DEFENDANT(S) / RESPONDENT(S):  Chase Bank USA National Association

VILLASENOR VS. CHASE BANK USA NATIIONAL ASSOCICATION

| NOTICE OF CASE ASSIGNMENT | CASE NUMBER:<br>37-2008-00084503-CU-CO-CTL |
|---|---|

Judge:  Joan M. Lewis                              Department: C-65

**COMPLAINT/PETITION FILED:** 05/23/2008

**CASES ASSIGNED TO THE PROBATE DIVISION ARE NOT REQUIRED TO COMPLY WITH THE CIVIL REQUIREMENTS LISTED BELOW**

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT).

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

**TIME STANDARDS:** The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil consists of all cases except: Small claims appeals, petitions, and unlawful detainers.

**COMPLAINTS:** Complaints must be served on all named defendants, and a CERTIFICATE OF SERVICE (SDSC CIV-345) filed within 60 days of filing. This is a mandatory document and may not be substituted by the filing of any other document.

**DEFENDANT'S APPEARANCE:** Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than a 15 day extension which must be in writing and filed with the Court.)

**DEFAULT:** If the defendant has not generally appeared and no extension has been granted, the plaintiff must request default within 45 days of the filing of the Certificate of Service.

THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO LITIGATION, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. MEDIATION SERVICES ARE AVAILABLE UNDER THE DISPUTE RESOLUTION PROGRAMS ACT AND OTHER PROVIDERS. SEE ADR INFORMATION PACKET AND STIPULATION.

YOU MAY ALSO BE ORDERED TO PARTICIPATE IN ARBITRATION PURSUANT TO CCP 1141.10 AT THE CASE MANAGEMENT CONFERENCE. THE FEE FOR THESE SERVICES WILL BE PAID BY THE COURT IF ALL PARTIES HAVE APPEARED IN THE CASE AND THE COURT ORDERS THE CASE TO ARBITRATION PURSUANT TO CCP 1141.10. THE CASE MANAGEMENT CONFERENCE WILL BE CANCELLED IF YOU FILE FORM SDSC CIV-359 PRIOR TO THAT HEARING

SDSC CIV-721 (Rev. 11-06)                                                                            Page: 1
**NOTICE OF CASE ASSIGNMENT**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS:    330 West Broadway | |
| MAILING ADDRESS:    330 West Broadway | |
| CITY, STATE, & ZIP CODE: San Diego, CA 92101-3827 | |
| BRANCH NAME:    Central | |

**PLAINTIFF(S):**    Maria Y Villasenor DBA Marco A Villasenor, deceased

**DEFENDANT(S):** Chase Bank USA National Association DBA Chase and Chase Mastercard DBA Chase Advantage

**SHORT TITLE:**    VILLASENOR VS. CHASE BANK USA NATIIONAL ASSOCICATION

| STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION PROCESS (CRC 3.221) | CASE NUMBER: 37-2008-00084503-CU-CO-CTL |
|---|---|

Judge: Joan M. Lewis                                                           Department: C-65

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution process. Selection of any of these options will not delay any case management time-lines.

☐    Court-Referred Mediation Program            ☐    Court-Ordered Nonbinding Arbitration

☐    Private Neutral Evaluation                ☐    Court-Ordered Binding Arbitration (Stipulated)

☐    Private Mini-Trial                    ☐    Private Reference to General Referee

☐    Private Summary Jury Trial                ☐    Private Reference to Judge

☐    Private Settlement Conference with Private Neutral    ☐    Private Binding Arbitration

☐    Other (specify): _____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: (Name) _____

_____

_____

Alternate: (mediation & arbitration only) _____

Date: _____        Date: _____


_____        _____
Name of Plaintiff                        Name of Defendant


_____        _____
Signature                            Signature


_____        _____
Name of Plaintiff's Attorney                    Name of Defendant's Attorney


_____        _____
Signature                            Signature

(Attach another sheet if additional names are necessary). It is the duty of the parties to notify the court of any settlement pursuant to California Rules of Court, 3.1385. Upon notification of the settlement the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court and all un-served, non-appearing or actions by names parties are dismissed.

**IT IS SO ORDERED.**

Dated: 05/23/2008                _____
                            JUDGE OF THE SUPERIOR COURT

SDSC CIV-359 (Rev 01-07)          **STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION**          Page: 1

3

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

CASE NUMBER: 37-2008-00084503-CU-CO-CTL        CASE TITLE: Villasenor vs. Chase Bank USA Natiional Association

## NOTICE TO LITIGANTS/ADR INFORMATION PACKAGE

You are required to serve a copy of this Notice to Litigants/ADR Information Package and a copy of the blank Stipulation to Alternative Dispute Resolution Process (received from the Civil Business Office at the time of filing) with a copy of the Summons and Complaint on all defendants in accordance with San Diego Superior Court Rule 2.1.5, Division II and CRC Rule 201.9.

## ADR POLICY

It is the policy of the San Diego Superior Court to strongly support the use of Alternative Dispute Resolution ("ADR") in all general civil cases. The court has long recognized the value of early case management intervention and the use of alternative dispute resolution options for amenable and eligible cases. The use of ADR will be discussed at all Case Management Conferences. It is the court's expectation that litigants will utilize some form of ADR – i.e. the court's mediation or arbitration programs or other available private ADR options as a mechanism for case settlement before trial

## ADR OPTIONS

1) **CIVIL MEDIATION PROGRAM:** The San Diego Superior Court Civil Mediation Program is designed to assist parties with the early resolution of their dispute. All general civil independent calendar cases, including construction defect, complex and eminent domain cases are eligible to participant in the program. Limited civil collection cases are not eligible at this time. San Diego Superior Court Local Rule 2.31, Division II addresses this program specifically. Mediation is a non- binding process in which a trained mediator 1) facilitates communication between disputants; and 2) assists parties in reaching a mutually acceptable resolution of all or part of their dispute. In this process, the mediator carefully explores not only the relevant evidence and law, but also the parties' underlying interests, needs and priorities. The mediator is not the decision-maker and will not resolve the dispute – the parties do. Mediation is a flexible, informal and confidential process that is less stressful than a formalized trial. It can also save time and money, allow for greater client participation and allow for more flexibility in creating a resolution.

**Assignment to Mediation, Cost and Timelines:** Parties may stipulate to mediation at any time up to the CMC or may stipulate to mediation at the CMC. Mediator fees and expenses are split equally by the parties, unless otherwise agreed. Mediators on the court's approved panel have agreed to the court's payment schedule for county-referred mediation: $150.00 per hour for each of the first two hours and their individual rate per hour thereafter. Parties may select any mediator, however, the court maintains a panel of court-approved mediators who have satisfied panel requirements and who must adhere to ethical standards. All court-approved mediator fees and other policies are listed in the Mediator Directory at each court location to assist parties with selection. **Discovery:** Parties do not need to conduct full discovery in the case before mediation is considered, utilized or referred. **Attendance at Mediation:** Trial counsel, parties and all persons with full authority to settle the case must personally attend the mediation, unless excused by the court for good cause.

2) **JUDICIAL ARBITRATION:** Judicial Arbitration is a binding or non-binding process where an arbitrator applies the law to the facts of the case and issues an award. The goal of judicial arbitration is to provide parties with an adjudication that is earlier, faster, less formal and less expensive than trial. The arbitrator's award may either become the judgment in the case if all parties accept or if no trial de novo is requested within the required time. Either party may reject the award and request a trial de novo before the assigned judge if the arbitration was non-binding. If a trial de novo is requested, the trial will usually be scheduled within a year of the filing date.

**Assignment to Arbitration, Cost and Timelines:** Parties may stipulate to binding or non-binding judicial arbitration or the judge may order the matter to arbitration at the case management conference, held approximately 150 days after filing, if a case is valued at under $50,000 and is "at issue". The court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience. In addition, if parties select an arbitrator from the court's panel, the court will pay the arbitrator's fees. Superior Court

**3) SETTLEMENT CONFERENCES:** The goal of a settlement conference is to assist the parties in their efforts to negotiate a settlement of all or part of the dispute. Parties may, at any time, request a settlement conference before the judge assigned to their case; request another assigned judge or a pro tem to act as settlement officer; or may privately utilize the services of a retired judge. The court may also order a case to a mandatory settlement conference prior to trial before the court's assigned Settlement Conference judge.

**4) OTHER VOLUNTARY ADR:** Parties may voluntarily stipulate to private ADR options outside the court system including private binding arbitration, private early neutral evaluation or private judging at any time by completing the "Stipulation to Alternative Dispute Resolution Process" which is included in this ADR package. Parties may also utilize mediation services offered by programs that are partially funded by the county's Dispute Resolution Programs Act. Those services are available at no cost or on a sliding scale based on need. For a list of approved DRPA providers, please contact the County's DRPA program office at (619) 238-2400.

**ADDITIONAL ADR INFORMATION:** For more information about the Civil Mediation Program, please contact the Civil Mediation Department at (619) 515-8908. For more information about the Judicial Arbitration Program, please contact the Arbitration Office at (619) 531-3818. For more information about Settlement Conferences, please contact the Independent Calendar department to which your case is assigned. Please note that staff can only discuss ADR options and cannot give legal advice.

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Sergio Feria, Esq.<br>Law Offices of Sergio Feria (SBN: 105704)<br>225 Broadway<br>Suite 1720<br>San Diego, CA 92101<br>TELEPHONE NO: (619) 234-8787    FAX NO.:<br>ATTORNEY FOR (Name): Plaintiff, Maria Y. Villasenor | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: (Same)
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Hall of Justice

CASE NAME: Maria Y. Villasenor v.
Chase Bank USA National Association, et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | 37-2008-00084503-CU-CO-CTL |
| | | | JUDGE: | |
| | | | DEPT: | |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400-3.403) |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [X] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [ ] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint (not specified above) (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition (not specified above) (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties  d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel  e. [ ] Coordination with related actions pending in one or more courts issues that will be time-consuming to resolve  in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence  f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive

4. Number of causes of action (specify): Two (2)

5. This case [ ] is  [X] is not  a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 5-27-08

Sergio Feria, Esq.
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

CIVIL CASE COVER SHEET

Legal Solutions Plus

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET                    CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
  Auto (22)—Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or
    toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice—
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
  Defamation (e.g., slander, libel)
    (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)

**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract *(not unlawful detainer
        or wrongful eviction)*
    Contract/Warranty Breach—Seller
      Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case—Seller Plaintiff
    Other Promissory Note/Collections
      Case
  Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
      domain, landlord/tenant, or
      foreclosure)*

**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*

**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case
      Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)

**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of
      County)
    Confession of Judgment *(non-
      domestic relations)*
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment
      Case

**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
      harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
      Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
      Claim
    Other Civil Petition

**CIVIL CASE COVER SHEET**

**Tim Silverman**
_____

| | |
|---|---|
| **From:** | lisa.m.young@jpmchase.com |
| **Sent:** | Tuesday, June 24, 2008 1:57 PM |
| **To:** | tim@sgsslaw.com |
| **Cc:** | Leslie.Toulson@chase.com |
| **Subject:** | Villasenor -- complaint |



Villasenor --
complaint.pdf (8...

Tim -- As we discussed, here is a copy of the Villasenor complaint. The GMM number for this case is 358544. I will send you additional information shortly, and Leslie will send you the account documents.

Thanks,
Lisa

(See attached file: Villasenor -- complaint.pdf)

Lisa M. Young | ( W: 312.732.8463 | *** PLEASE NOTE NEW FAX NUMBER
*** 7 F: 312.732.8040 | Privileged / Confidential Attorney-Client Communication |

-----------------------------------------

This communication is for informational purposes only. It is not intended as an offer or solicitation for the purchase or sale of any financial instrument or as an official confirmation of any transaction. All market prices, data and other information are not warranted as to completeness or accuracy and are subject to change without notice. Any comments or statements made herein do not necessarily reflect those of JPMorgan Chase & Co., its subsidiaries and affiliates.

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.

Please refer to http://www.jpmorgan.com/pages/disclosures for disclosures relating to UK legal entities.



**FROM**

LAW OFFICES OF

**SERGIO FERIA**

A PROFESSIONAL CORPORATION

225 BROADWAY, SUITE 1720

SAN DIEGO, CALIFORNIA 92101

**TO**

CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

*JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Maria Y. Villasenor

**DEFENDANTS**
Chase Bank USA National Association

**(b)** County of Residence of First Listed Plaintiff   San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

JUN 27 AM 11: 13

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Sergio Feria
125 Broadway #1720 S.D. 92101

Attorneys (If Known)
Solomon, Grindle

**'08 CV 1152 LAB BLM**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | **PERSONAL INJURY** | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | ☐ 362 Personal Injury - Med. Malpractice | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 365 Personal Injury - Product Liability | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | **PERSONAL PROPERTY** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 370 Other Fraud | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 371 Truth in Lending | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 380 Other Personal Property Damage | | | ☐ 950 Constitutionality of State Statutes |
| **CIVIL RIGHTS** | ☐ 385 Property Damage Product Liability | | | |
| ☐ 441 Voting | **PRISONER PETITIONS** | | | |
| ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 443 Housing/ Accommodations | **Habeas Corpus:** | | | |
| ☐ 444 Welfare | ☐ 530 General | | | |
| ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | | |
| ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | **IMMIGRATION** | | |
| ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Section 1332 (a)

Brief description of cause:
Removal of State Court Action Due to Diversity

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE                              DOCKET NUMBER

DATE  6/27/08

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT #  157364   AMOUNT  $350   APPLYING IFP           JUDGE           MAG. JUDGE

TAC 6/27/08



**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 152364    — TC**

**June 27, 2008
11:17:25**

**Civ Fil Non-Pris**
USAO #.: 08CV1152
Judge..: LARRY A BURNS
Amount.:                    $350.00 CK
Check#.: BC0942

**Total—>  $350.00**

FROM: MARIA VILLASENOR
        VS
        CHASE BANK

Timothy J. Silverman, Esq. [SBN 145264]
SOLOMON, GRINDLE, SILVERMAN & SPINELLA,
A Professional Corporation
12651 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-8500
Facsimile: (858) 793-8263

Attorneys for Defendant,
CHASE BANK USA NATIONAL ASSOCIATION

FILED

2008 JUN 27  AM 11: 15

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ VNH _____DEPUTY

VIA FAX

# UNITED STATE DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

MARIA Y. VILLASENOR, individually and
as Successor in Interest of MARCO A.
VILLASENOR, deceased,

                    Plaintiff,

-vs-

CHASE BANK USA NATIONAL
ASSOCIATION, a corporation, which also
does business as Chase and Chase Mastercard
and Chase Advantage, and DOES 1 through
10, inclusive;

                    Defendants.

Case No: **'08 CV 1152 LAB BLM**

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I, Missy Kresl, declare as follows:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 12651 High Bluff Drive, Suite 300, San Diego, CA 92130.

On June 27, 2008, I served the following document(s): **NOTICE OF REMOVAL,** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

1  **Attorney for Plaintiff**
   Sergio Feria, Esq.
2  Law Offices of Sergio Feria
   225 Broadway, Suite 1720
3  San Diego, CA 92101

4  /X/    (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States
          mail at San Diego, California. I am "readily familiar" with the firm's practice of collection and
5         processing correspondence for mailing. Under that practice it would be deposited with U.S. postal
          service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary
6         course of business.

7  / /    (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the
          addressee.
8
   / /    (VIA FACSIMILE TRANSMISSION) I caused such document to be sent via facsimile transmission on
9         this date during regular business hours to the addressee(s) as shown on the attached service list.

10 / /    (VIA ELECTRONIC TRANSMISSION) I caused such documents to be electronically transmitted on this
          date during regular business hours to the addressee(s) as shown on the attached service list.
11

12 /X/    (Federal) I declare under penalty of perjury under the laws of the United States of America that I
          am employed in the office of a member of the bar of this court at whose direction the service was
13        made.

14

15        Executed on June 27, 2008, at San Diego, California.

16

17

18        Missy Kresl

19

20

21

22

23

24

25

26

27

28